PROB 22
(Rev. 01/24)

# TRANSFER OF JURISDICTION

**DOCKET NUMBER** *(Tran. Court)*
3:18CR50051

**DOCKET NUMBER** *(Rec. Court)*
2:25-cr-00218-JCM-MDC

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Tristan Euell | Northern District of Illinois | U.S. Probation Office |

**NAME OF SENTENCING JUDGE**
Philip G. Reinhard

| DATES OF PROBATION/SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 7/8/2025 | 7/7/2028 |

**OFFENSE**
21 U.S.C. § 84l(a)(l), 21 U.S.C. § 84l(b)(l)(C) Distribution of Detectable Amount of Heroin

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
prosocial ties, employment/education opportunities

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **Northern** DISTRICT OF **Illinois**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **District of Nevada** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

July 21, 2025
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.      Honorable Philip G. Reinhard

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE    DISTRICT OF **Nevada**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

July 28, 2025
*Effective Date*

*United States District Judge*

1

UNITED STATES PROBATION OFFICE
DISTRICT OF NEVADA
MEMORANDUM

RE: Tristan Martell Euell

Case No.: 2:25-cr-00218-JCM-MDC

**SUPERVISION REPORT**
**REQUESTING ACCEPTANCE OF JURISDICTION**

July 21, 2025

TO:    U.S. District Judge:

On December 16, 2022, Tristan Martell Euell was sentenced by the Honorable United States District Judge, Philip G. Reinhard, in the Northern District of Illinois to 111 months custody followed by three (3) year of supervised release for committing a violation of 21 U.S.C. § 84l(a)(l), 21 U.S.C. § 84l(b)(l)(C) Distribution of Detectable Amount of Heroin in Docket Number: 18CR50051.

On May 21, 2024, a prerelease request was accepted to reside in the District of Nevada at his family home in Las Vegas.

On July 8, 2025, Euell commenced supervision in the District of Nevada.

On July 18, 2025, the undersigned officer sent a request for transfer of jurisdiction to the Northern District of Illinois. Additionally, this officer requested Euell's substance abuse treatment program condition be held in abeyance. As a condition of supervision, Euell was ordered to participate in and successfully complete an outpatient substance abuse treatment program. While in custody, Euell successfully completed Residential Drug Abuse Program (RDAP) and transitional aftercare outpatient counseling services at the Community Treatment Services substance abuse treatment program on April 28, 2025, while in the halfway house.

On July 21, 2025, the Honorable Philip G. Reinhard initiated the transfer of jurisdiction.

The Judicial Conference recommends transfer of jurisdiction for persons under supervision in violation of the conditions of supervision to reduce the burden and expedite the response. Consistent with this recommendation, the Probation Office is recommending our Court accept jurisdiction of Euell's case. The Honorable Philip G. Reinhard has agreed to relinquish jurisdiction as evident by his signature on the attached Transfer of Jurisdiction form. If Your Honor agrees, please countersign the form accepting Jurisdiction.

ADDENDUM TO PETITION (Probation Form 12)
RE: Tristan Martell Euell

Respectfully submitted,

Digitally signed by Nickie Pipilakis
Date: 2025.07.22 09:19:54 -07'00'

Nickie Pipilakis
Senior United States Probation Officer

Approved:

Digitally signed by Donnette Johnson
Date: 2025.07.21 17:07:44 -07'00'

Donnette Johnson
Supervisory United States Probation Officer